This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JESSICA RENEE MOYA**,

    Petitioner-Appellant,

v.                                               **NO. 31,908**

**DANIEL AMOS DOPORTO**,

    Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Jane Shuler Gray, District Judge**

Ching Law Firm
Alexander B. Ching
Hobbs, NM

for Appellant

McCormick, Caraway, Tabor & Byers, LLP
Susan M. Cuddy-Moore
Carlsbad, NM

for Appellee

## MEMORANDUM OPINION

**VIGIL, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has

been filed and the time for doing so has expired.

**AFFIRMED.**

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**RODERICK T. KENNEDY, Judge**